IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAWRENCE, SR., | : | |
|     Petitioner | : | |
| | : | No. 1:22-cv-01113 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN E. BRADLEY, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 15th day of June 2023, upon consideration of pro se Petitioner Troy Lawrence, Sr. ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**;

2. Petitioner's pending motion to expedite these habeas proceedings (Doc. No. 9) is **DENIED as moot**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge